**Dimas Meza MEZA, Petitioner,**

v.

**Alberto GONZALES,\* Attorney General, Respondent.**

No. 04–72106.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.\*\*

Decided April 4, 2005.

Dimas Meza Meza, Los Angeles, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Stephen J. Flynn, Julia K. Doig, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

---

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM \*\*\*

Dimas Meza Meza, a native and citizen of Mexico, petitions pro se for review of the BIA's summary affirmance without opinion of an IJ's denial of his application for cancellation of removal, pursuant to 8 U.S.C. § 1229b(b)(1). We dismiss the petition for review.

We lack jurisdiction to consider Meza's contention that the BIA erred in concluding that his removal to Mexico would not cause "exceptional and extremely unusual hardship" to his United States citizen son. *See Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.